In the Matter of VIRGINIA M. DALE, Appellant, v. KENNETH W. MARTIN, Respondent.— Motion granted to the extent that the appeal will be heard upon five typewritten copies of appellant's brief and upon the original papers on file in the Wayne County Family Court Clerk's office and otherwise the motion is denied without prejudice to make an application to the Wayne County Family Court for its decision as to whether a copy of the transcript of the minutes should be furnished, without charge, pursuant to *Jenks* v. *Murphy* (21 A D 2d 346).